IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

HOYT RAY.

        Petitioner,

v.

RANDY DAVIS, *Warden,*

        Respondent.              No. 10-cv-122-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter came before the Court on Report and Recommendation from United States Magistrate Judge Philip M. Frazier.

**IT IS ORDERED AND ADJUDGED** that pursuant to the order entered by this Court on November 21, 2012, the Report and Recommendation is adopted and this habeas petition pursuant to 28 U.S.C. §2254 is **DENIED.**   Petitioner's claims are **DISMISSED** with prejudice.

NANCY J. ROSENSTENGEL,
CLERK OF COURT

BY:_____ /s/*Sara Jennings*_____
Deputy Clerk

Dated: November 21, 2012

David R. Herndon
2012.11.21
11:00:06 -06'00'

APPROVED:
      CHIEF JUDGE
      U. S. DISTRICT COURT