IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

HOYT RAY.

     Petitioner,

v.

RANDY DAVIS, W*arden,*

     Respondent.                         No. 10-cv-122-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter came before the Court on Report and Recommendation from United States Magistrate Judge Philip M. Frazier.

**IT IS ORDERED AND ADJUDGED** that pursuant to the order entered by this Court on November 21, 2012, the Report and Recommendation is adopted and this habeas petition pursuant to 28 U.S.C. §2254 is **DENIED.** Petitioner's claims are **DISMISSED** with prejudice.

                                            NANCY J. ROSENSTENGEL,
                                            CLERK OF COURT


                                            BY:     /s/*Sara Jennings*
                                                           Deputy Clerk

Dated: November 21, 2012

                                         David R. Herndon
                                         2012.11.21
                                         11:00:06 -06'00'
APPROVED:
            CHIEF JUDGE
            U. S. DISTRICT COURT